

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00312-CV

———————————————

IN RE BRIAN JACOB COLE, Relators

Original Proceeding
485th District Court of Tarrant County, Texas
Trial Court No. 1787785 and 1788991

Before Womack, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered Relator's "Petition for Writ of Mandamus" and "Emergency Motion for Expedited Relief and Stay" and is of the opinion that relief should be denied. Accordingly, Relator's "Petition for Writ of Mandamus" and "Emergency Motion for Expedited Relief and Stay" are denied.

Per Curiam

Delivered: May 15, 2026